UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LIBY SCHOENWALD, an infant, by her Father and
Natural Guardian, ISAAC SCHOENWALD, and the
ESTATE OF FRIDA SCHOENWALD, by its
Administrator ISAAC SCHOENWALD,

07 CV 6983 (PKC)(RLE)

**AFFIDAVIT OF SERVICE**

*Plaintiffs,*

-against-

NEW YORK CITY HOUSING AUTHORITY,

*Defendant.*
_____

STATE OF NEW YORK     }
                      } ss:
COUNTY OF NEW YORK    }

KARL WARNER, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and am employed at 26 Court Street, Penthouse, Brooklyn, New York 11242. That on August 6, 2007, I served a true copy of the

Summons & Complaint
Individual Practice Rules of Judge P. Kevin Castel
Individual Practice Rules of Magistrate Judge Ronald L. Ellis
USDC/SDNY Instructions for Filing an Electronic Case or Appeal
USDC/SDNY Procedures for Electronic Case Filing
USDC/SDNY Guidelines for Electronic Case Filing

on the defendant by personal service at the principal office of defendant New York City Housing Authority, located at 250 Broadway, 9th fl., New York, NY 10007.

_____
KARL WARNER

Sworn to before me this
7th Day of August, 2007.

MICHAEL COHEN
Notary Public, State of New York
No. 02CO6081751
Qualified in Kings County
Commission Expires October 15, 2010
NOTARY PUBLIC