UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LIBY SCHOENWALD, an infant, by her Father,     Case No. 07-CV-6983 (PKC) (RLE)
and Natural Guardian, ISAAC SCHOENWALD,
and the ESTATE OF FRIDA SCHOENWALD,
by its Administrator ISAAC SCHOENWALD,

                          Plaintiffs,     **NOTICE OF APPEARANCE**
                                        **ON BEHALF OF DEFENDANT**
   -against-

NEW YORK CITY HOUSING AUTHORITY,

                          Defendant.
----------------------------------------------------------------x

           PLEASE TAKE NOTICE the defendant New York City Housing Authority will be represented in the above-captioned matter by Ricardo Elias Morales, General Counsel, Corina L. Leske, Of Counsel.

Dated: New York, New York
       August 22, 2007

                                          RICARDO ELIAS MORALES
                                          General Counsel
                                          New York City Housing Authority
                                          Attorneys for Defendant
                                          250 Broadway, 9th Floor
                                          New York, NY 10007
                                          (212) 776-5092

                                          By:  /s/ Corina L. Leske
                                                  Corina L. Leske (CL-4424)