# TENENBAUM & BERGER LLP

ATTORNEYS AT LAW

MARTIN TENENBAUM
DAVID M. BERGER

MICHELE L. HENRY
DAVID NAPITUPULU
CHARLES A. PETITTO
MICHAEL COHEN

26 COURT STREET, PENTHOUSE
BROOKLYN, NEW YORK 11242
TEL: (718) 596-3800
FAX: (718) 596-4433

OF COUNSEL:
HON. LEWIS A. FIDLER
ALEX S. ROSENBLUM
MICHAEL S. SMITH



**MEMO ENDORSED**

*Initial conference adjourned from September 28 to October 12, 2007 at 10:15 a.m.*
*SO ORDERED*
*August 15, 2007*
*P. Kevin Castel, USDJ 8-22-07*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07

RECEIVED AUG 17 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Schoenwald v. New York City Housing Authority
            07 CV 6983 (PKC)(RLE)

Your Honor:

        We represent plaintiffs in this action. I write to request an adjournment of the initial pretrial conference currently scheduled for September 28, 2007, at 3:15 p.m. The Jewish holidays of Sukkot-Shemini Azeret fall on September 27 through October 6, 2007 and I and the other attorney in this firm admitted to practice in federal court will be out of the office during that time in observance of the holidays. Accordingly, we respectfully request that the initial pretrial conference be adjourned to a later date after the holidays. I also respectfully request that the conference not be scheduled for a Friday afternoon as I am Sabbath observant.

                                    Respectfully,

                                    Michael Cohen (MC 9918)

cc: New York City Housing Authority