

**NEW YORK CITY HOUSING AUTHORITY**

**NEW YORK CITY HOUSING AUTHORITY LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007

http:/nyc.gov/nycha

TINO HERNANDEZ
CHAIRMAN

EARL ANDREWS, JR.
VICE-CHAIRMAN

MARGARITA LOPEZ
MEMBER

VILMA HUERTAS
SECRETARY

DOUGLAS APPLE
GENERAL MANAGER

Ricardo Elias Morales
General Counsel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

**MEMO ENDORSED**

*Time to answer or respond adjourned to October 19. Initial conference adjourned from October 12 to Oct 25 at 9:45 a.m. SO ORDERED. [signature] USDJ 8-30-07*

WRITER'S DIRECT LINES
Phone:     (212) 776-5092
Facsimile: (212) 776-5401



RECEIVED
AUG 27 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

August 22, 2007

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

**Re: *Schoenwald v. New York City Hous. Auth.*, Case No. 07-CV-6983 (PKC) (RLE)**

Dear Judge Castel:

This office represents the New York City Housing Authority ("Housing Authority") in the above-entitled proceeding. I write to request an adjournment of the Housing Authority's time to answer or otherwise respond to the Complaint. By letter dated August 15, 2007, Mr. Cohen requested an adjournment of the initial pretrial conference until after the Jewish holidays. The Housing Authority does not object to Mr. Cohen's request. Additionally, I will be out of town for one week in September and the first week of October. Therefore, on behalf of the Housing Authority, I request the following: (1) extending the Housing Authority's time to answer or otherwise respond to the Complaint from August 27, 2007 to October 19, 2007; and (2) an adjournment of the pretrial conference from September 28, 2007 to November 2, 2007. I have conferred with my adversary, Michael Cohen, who consents to this request. The Housing Authority has not made any prior requests for an adjournment.

Respectfully yours,

[signature]

Corina L. Leske (CL-4424)

cc: Michael Cohen, Esq.

---

Sonya M. Kaloyanides, Deputy General Counsel for Civil Litigation • Telephone (212) 776-5184 • Fax (212) 776-5401