UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

-----------------------------------------------------------x

LIBY SCHOENWALD, an infant, by her Father,
and Natural Guardian, ISAAC SCHOENWALD,
and the ESTATE OF FRIDA SCHOENWALD,
by its Administrator ISAAC SCHOENWALD,

                Plaintiffs,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

-----------------------------------------------------------x

Case No. 07-CV-6983 (PKC) (RLE)

**STIPULATION OF SETTLEMENT AND WITHDRAWAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this proceeding, by their respective attorneys, as follows:

1. Subject to paragraph 3 below, Plaintiffs Liby Schoenwald, Isaac Schoenwald, and the Estate of Frida Schoenwald (collectively, "Plaintiffs") hereby withdraw the above-captioned action with prejudice, each party to bear his, her, or its own costs and attorneys' fees.

2. Defendant New York City Housing Authority ("Housing Authority") will vacate its Determination of Status for Continued Occupancy, dated April 5, 2007, NYCHA Case No. G. 213/05, and approve the permanent permission request by deceased tenant Frida Schoenwald to add her granddaughter Liby Schoenwald to her household retroactive to February 12, 2004 and grant Liby Schoenwald a lease provided: (1) Liby Schoenwald submits current income eligibility information sufficient to permit the Housing Authority to determine she meets income eligibility requirements; and (2) Liby Schoenwald passes a criminal background check.

3. This stipulation is subject to approval by the Members of the Housing Authority and shall take effect upon their approval. This action may be re-noticed and restored to the Court's calendar by stipulation or by motion of either party on 15 days' notice in the event the Members of the Housing Authority do not approve the terms of this stipulation.

4. Facsimile signatures on this document shall be effective for all purposes.

Dated: Brooklyn, New York
October 17, 2007

TENENBAUM & BERGER. LLP
Attorneys for Plaintiffs
26 Court Street, Penthouse
Brooklyn, NY 11242
(718) 596-3800, ext. 21

By: _____
Michael Cohen, Esq. (MC-9918)

Dated: New York, New York
October 17, 2007

RICARDO ELIAS MORALES
General Counsel
New York City Housing Authority
Attorneys for Defendant
250 Broadway, 9th Floor
New York, NY 10007
(212) 776-5092

By: _____
Corina L. Leske, Of Counsel (CL-4424)

SO ORDERED:

_____
U.S.D.J.
10-17-07